Heather E. LEHMAN; Billie J. Lehman, individually and on behalf of William Matthew Lehman; Colleen Peck, individually and on behalf of William Matthew Lehman, Plaintiffs–Appellees,

v.

Cheryl M. LEICHLITER, Etc.;
et al., Defendants,

Cheryl M. Leichliter, individually and in her capacity as an officer with the Lake Charles City Police Department, Defendant–Appellant.

No. 04–31241.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 22, 2006.

Louis Clayton Burgess, Lafayette, LA, for Plaintiffs–Appellees.

James L. Pate, Angela B. Odinet, Laborde & Neuner, Lafayette, LA, Christopher E. John, City Attorney's Office for the City of Lake Charles, Lake Charles, LA, for Defendant–Appellant.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

---

PER CURIAM: *

Cheryl M. Leichliter, the individual defendant in this 42 U.S.C. § 1983 action arising from the shooting of William Matthew Lehman, appeals the district court's denial of her summary judgment motion asserting qualified immunity. Although this court "can review a district court's conclusion that an issue of law is material," we lack jurisdiction to review whether a factual dispute is "genuine." *Reyes v. City of Richmond, Tex.,* 287 F.3d 346, 351 (5th Cir.2002). Leichliter's arguments on appeal challenge the genuineness of the factual disputes identified by the district court. Accordingly, we lack jurisdiction to consider these claims. The appeal is DISMISSED, and the case is REMANDED to the district court. *Id.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.